Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| JACOB CANNON, JR., | § § | CASE NO. 24-40553-elm7 |
| DEBTOR. | § § | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that on December 19, 2024, I filed the *Objection to Proof of Claim No. 5-1 Filed by John Deere Construction & Forestry dba John Deere* (Dkt. No. 41, the "Objection"), which contained thirty (30) day negative notice language. The deadline to respond to the Objection was January 21, 2025. As of today's date, no responses to the Objection have been filed.

DATED:  January 22, 2025.

Respectfully submitted,

**QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

By: */s/ Kenneth A. Hill*
   Kenneth A. Hill
   Texas Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE