# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 24-40553-ELM | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | JR., JACOB CANNON | Date Filed (f) or Converted (c): | 02/16/2024 (f) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 03/20/2024 |
| | | Claims Bar Date: | 12/10/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Settlement Funds (u) | Unknown | $0.00 | | $51,500.00 | FA |
| 2 | BLK 1 PTLT 1 ACS 1.7363 925 W. Bear Creek Rd. Glenn Heights TX, Dallas County 75154 | $737,185.00 | $0.00 | | $0.00 | FA |
| 3 | Acres: 0.198, BLK: 002, LOT: 007, ADDN: LOMA LINDA-Titled in LLC 303 Cedar Midland TX, Midland County 79701 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Acres: 0.482, BLK: 001, LOTS: 004 THRU 6, ADDN: COWDEN Titled in LLC 2103 Bryant St. Midland TX , Midland County 79701 | $0.00 | $0.00 | | $0.00 | FA |
| 5 | Mineral Rights Only 315 S. Johnstone Ave Bartlesville OK, Washington County 74003 | $542.04 | $542.04 | | $0.00 | FA |
| 6 | Mineral Rights Only 777 Hidden Ridge Irving TX, Dallas County 75038 | $4,571.40 | $4,571.40 | | $0.00 | FA |
| 7 | 2008 Chrysler 300 Mileage: 130000 Other Information: Vehicle isn't operational-motor and transmission need repair | $1,587.00 | $1,587.00 | | $0.00 | FA |
| 8 | 2019 Ford F250 Mileage: 65091 | $26,500.00 | $0.00 | | $0.00 | FA |
| 9 | 2011 Mazda CX-9 Mileage: 140000 Other Information: Debtor's non-filing spouse drives | $2,725.00 | $1,860.00 | | $0.00 | FA |
| 10 | Refrigerator, stove top, microwave, oven, dishwasher, bedroom set, living room furniture, dining room furniture, household linens and housewares, household tools, lawn tools and equipment, outdoor furniture | $2,800.00 | $0.00 | | $0.00 | FA |
| 11 | Three televisions, two printers, two cell phones, two computers, and stereo equipment | $2,500.00 | $0.00 | | $0.00 | FA |
| 12 | Pool table, dumbbell weights, and regular bicycles | $550.00 | $0.00 | | $0.00 | FA |
| 13 | Pistol, rifle, and ammo | $350.00 | $0.00 | | $0.00 | FA |
| 14 | Everyday clothing, shoes, and accessories | $200.00 | $0.00 | | $0.00 | FA |
| 15 | Wedding ring | $85.00 | $0.00 | | $0.00 | FA |

| Case No.: | 24-40553-ELM | | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|---|
| Case Name: | JR., JACOB CANNON | | Date Filed (f) or Converted (c): | 02/16/2024 (f) |
| For the Period Ending: | 12/31/2025 | | §341(a) Meeting Date: | 03/20/2024 |
| | | | Claims Bar Date: | 12/10/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | Family dogs, sentimental value only | $0.00 | $0.00 | | $0.00 | FA |
| 17 | Cash | $50.00 | $50.00 | | $0.00 | FA |
| 18 | Checking account: My Community Bank -9402 | $3,900.00 | $0.00 | | $0.00 | FA |
| 19 | Checking account: Prosperity Bank -7156 | $460.00 | $460.00 | | $0.00 | FA |
| 20 | Savings account: My Community Bank -2003 | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 21 | Savings account: My Community Bank -9402 | $25.00 | $25.00 | | $0.00 | FA |
| 22 | Beneficial Interest in Cannon Legacy Builders LLC 10.00% | $0.00 | $0.00 | | $0.00 | FA |
| 23 | Trust for son, Jacob Cannon III. Set up 25 years ago, Debtor is overseer of trust. Nothing is in trust. | $0.00 | $0.00 | | $0.00 | FA |
| 24 | Federal: No 2023 tax refund expected | $0.00 | $0.00 | | $0.00 | FA |
| 25 | State Farm Auto Insurance-no cash value | $0.00 | $0.00 | | $0.00 | FA |
| 26 | Insurance claim for storm roof damage (pending) | $10,000.00 | $0.00 | | $0.00 | FA |
| 27 | Printer, desk and chair, copier, telephone, and cell phones | $200.00 | $0.00 | | $0.00 | FA |
| 28 | Two Big Tex BT trailers (2006 and 2007), welder, digger, buckets for tractor, and John Deer 30G compact excavator | $15,400.00 | $0.00 | | $0.00 | FA |
| 29 | Steel pipes and wood | $250.00 | $0.00 | | $0.00 | FA |
| 30 | Various tools | $300.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

| | $811,680.44 | $10,595.44 | | $51,500.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 01/13/2026 | C. will send 2nd demand letter to Dor's prepetition attorneys for malpractice claim. |
|---|---|
| 11/03/2025 | Order approving employment of Clark Will on contingent fee basis to pursue legal malpractice claim against Debtor's former attorneys in state court lawsuit. |
| 10/08/2025 | Debtor's appeal of the state court judgment in favor of Tina Wilson is over. Counsel will file application to employ special counsel to pursue the legal malpractice claim against the debtor's pre-bankruptcy state court attorneys. |

| Case No.: | 24-40553-ELM | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | JR., JACOB CANNON | Date Filed (f) or Converted (c): | 02/16/2024 (f) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 03/20/2024 |
| | | Claims Bar Date: | 12/10/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Note |
|---|---|
| 07/21/2025 | Waiting for the appeal in the TW trial to finish before hiring special counsel to pursue the legal malpractice claims. |
| 05/14/2025 | Counsel is working on finding contingent fee firm for legal malpractice claim against Debtor's former attorneys in state court lawsuit. |
| 03/27/2025 | Order approving application to employ Lain Faulkner. |
| 12/22/2024 | The Trustee is currently holding approximately $40,000 in this bankruptcy estate. The Trustee has reached a settlement in principle with the Debtor to dismiss the Trustee's discharge action with prejudice in exchange for a settlement payment of $11,500.00 from the Debtor. That amount would cover the Trustee's fees and expenses incurred in the adversary proceeding and leave a meaningful amount left for the benefit of unsecured creditors. |
| 08/02/2024 | Settlement discussions with the Debtor. |
| 07/20/2024 | Complaint filed to deny the Debtor's discharge. |
| 05/07/2024 | Adversary case (24-04034) filed by Tina Wilson against Jacob Cannon, Jr. |
| 05/03/2024 | Adversary case (24-04032) filed by Trustee against Cannon Legacy Builders, LLC. |
| 03/22/2024 | Trustee is in the process of reviewing value/status of scheduled assets. |

Initial Projected Date Of Final Report (TFR):  06/30/2025    Current Projected Date Of Final Report (TFR):  12/31/2026

/s/ RODDRICK B. NEWHOUSE

RODDRICK B. NEWHOUSE