Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JACOB CANNON, JR., | § | CASE NO. 24-40553-elm7 |
| | § | |
| DEBTOR. | § | |

**SUPPLEMENTAL APPLICATION TO EMPLOY
SPECIAL COUNSEL ON CONTINGENT FEE BASIS**

**NOTICE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE, 501 W. TENTH STREET, FORT WORTH, TX 76102-3643 BEFORE THE CLOSE OF BUSINESS ON AUGUST 25, 2026, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN.  IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE EDWARD L. MORRIS, UNITED STATES BANKRUPTCY JUDGE:

Roddrick B. Newhouse (the "**Trustee**"), in his capacity as the chapter 7 trustee for Jacob

Cannon, Jr. (the "**Debtor**"), files this *Supplemental Application to Employ Special Counsel on*

**APPLICATION TO EMPLOY**                                                          **PAGE 1**
10242384.1

*Contingent Fee Basis* ("**Supplemental Application**"), and in support thereof would respectfully show unto this Court as follows:

## I. BACKGROUND

1.       This Supplemental Application is supported by the Declaration of Clark B. Will, which is attached hereto as Exhibit "A" and is fully incorporated herein.

2.       On February 16, 2024, the Debtor filed a voluntary petition in this Court for relief under chapter 7 of the United States Bankruptcy Code. The Trustee was appointed as the chapter 7 trustee, and he continues to serve in that capacity.

3.       On November 3, 2025, this Court entered an *Order Approving Employment of Special Counsel on Contingent Fee Basis* (Dkt. No. 62), which approved the Trustee's employment of Kilgore & Kilgore PLLC (the "**Kilgore Firm**") and The Hartmann Firm on a contingent fee basis (the "**Contingent Fee Terms**") to investigate and pursue possible professional negligence claims arising out of pre-petition non-bankruptcy legal services three attorneys and two law firms provided to the Debtor in a lawsuit that culminated in a final judgment of $8.25 million against the Debtor (the "**Subject Claims**").

4.       The Kilgore Firm closed down earlier this year.  Clark B. Will, the primary attorney handling the engagement on behalf of The Kilgore Firm for the Trustee, is now with the firm of Shellist Lazarz Slobin, LLP, 3710 Rawlins, Suite 1420, Dallas, TX  75219, tel. 214-379-0834 (the "**Shellist Firm**").   Therefore, the Trustee requests that the Court approve the substitution of the Shellist Firm in place of the Kilgore Firm on the Contingent Fee Terms.

5.       In the exercise of his business judgment and based upon his experience as a chapter 7 trustee, the Trustee believes it is in the best interest of the Debtor's bankruptcy estate to substitute the Shellist Firm in place of the Kilgore Firm on the Contingent Fee Terms.

## II. ARGUMENT AND AUTHORITIES

6.      To the best of the Trustee's knowledge, neither the Shellist Firm nor any attorney with that law firm has any connection with the Debtor, his affiliates, creditors, any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee in connection with this case.  The Shellist Firm does not represent any interest adverse to the Debtor or his bankruptcy estate with respect to the matters for which the Shellist Firm will be employed, and the law firm meets the requirements for employment under 11 U.S.C. § 328(a).

7.      The Shellist Firm will file an application for approval of compensation as required by 11 U.S.C. § 330, Fed. R. Bankr. P. 2016, L.B.R. 2016, and the Guidelines for Compensation and Expense Reimbursement of Professionals applicable in the United States Bankruptcy Court for the Northern District of Texas.  The Shellist Firm understands that compensation will be allowed only for fees and expenses that are approved in a final order entered in this case and that payment will be made only in accordance with 11 U.S.C. § 726(a).

8.      The Shellist Firm understands and acknowledges that (a) a settlement of the Subject Claims will not be valid, enforceable, or binding unless the settlement is authorized by the Trustee and approved by this Court, (b) all gross proceeds from any recoveries on the Subject Claims must be paid in full to the Trustee, and (c) no distributions can be made from any of the gross proceeds of any recoveries to the Shellist Firm, The Hartman Firm, the Debtor, creditors, or asserted lienholders unless such distributions are either authorized by order of this Court or made by the Trustee.

## III. CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Trustee requests that this Court enter an order authorizing him to employ the Shellist Firm to substitute in place of the Kilgore Firm as

special counsel on the Contingent Fee Terms and granting him such other and further relief, at

law or in equity, to which he may be justly entitled.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: _/s/ Kenneth A. Hill_____
    Kenneth A. Hill
    Texas Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same (a) by ECF upon all persons who have filed ECF appearances in this case, including the Office of the United States Trustee and the Debtor's attorney, and (b) by first class mail, postage prepaid, on the following:

Jacob Cannon, Jr.
925 W. Bear Creek Rd.
Glenn Heights, TX 75154

_/s/ Kenneth A. Hill_____.
Kenneth A. Hill

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                          §
                                                §
JACOB CANNON, JR.,                              §         CASE NO. 24-40553-elm7
                                                §
DEBTOR.                                         §
                                                §

## DECLARATION OF CLARK B. WILL

1.      My name is Clark B. Will.  I am the president and sole shareholder of the Law Office of Clark B. Will, P.C. a Texas professional corporation.  I am an attorney admitted to practice in the State of Texas.  I have personal knowledge of the facts stated herein, and they are all true and correct.

2.      The Law Office of Clark B. Will, P.C. is employed by the law firm of Shellist Lazarz Slobin, LLP, 3710 Rawlins, Suite 1420, Dallas, TX  75219, tel. 214-379-0834 (the "**Shellist Firm**").  I am authorized to make this Declaration on behalf of the Shellist Firm in support of the *Supplemental Application to Employ Special Counsel on Contingent Fee Basis* (the "**Application**").

3.      The Shellist Firm has agreed to represent Roddrick B. Newhouse (the "**Trustee**"), in his capacity as chapter 7 trustee for Jacob Cannon, Jr., in place of Kilgore & Kilgore PLLC (the "**Kilgore Firm**") as special counsel on the contingent fee terms approved in this Court's November 3, 2025, this Court entered an *Order Approving Employment of Special Counsel on Contingent Fee Basis* (Dkt. No. 62).

4.      Neither I, the Shellist Firm, nor any attorney with the Shellist Firm has any connection with the Trustee, the Debtor, his affiliates or creditors, any other party in interest herein, their respective attorneys or accountants, the United State Trustee, or any person employed in the office of the United States Trustee.  The Shellist Firm does not represent any

EXHIBIT

A

PAGE 1

interest adverse to the Debtor or his bankruptcy estate with respect to the matters for which the Shellist Firm will be employed.

5.     I have thoroughly read the Application.   As an attorney and authorized representative of the Shellist Firm, I hereby state that the Shellist Firm understands and agrees to the stated terms of employment.

6.     The Shellist Firm understands and acknowledges that (a) a settlement of the Subject Claims (as that term is defined in the Application) will not be valid, enforceable, or binding unless the settlement is authorized by the Trustee and approved by the Bankruptcy Court, (b) all gross proceeds from any recoveries on the Subject Claims must be paid in full to the Trustee, and (c) no distributions can be made from any of the gross proceeds of any recoveries to the Shellist Firm, The Hartmann Firm, the Debtor, creditors, or asserted lienholders unless such distributions are either authorized by order of the Bankruptcy Court or made by the Trustee.

7.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on August __3__ , 2026.

_____
Clark B. Will

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: §
§
JACOB CANNON, JR., § CASE NO. 24-40553-elm7
§
DEBTOR. §

## ORDER APPROVING SUPPLEMENTAL APPLICATION TO
## EMPLOY SPECIAL COUNSEL ON CONTINGENT FEE BASIS

On this date, the Court considered the *Supplemental Application to Employ Special Counsel on Contingent Fee Basis* (Dkt. No. ___, the "**Supplemental Application**") filed by Roddrick B. Newhouse (the "**Trustee**"), in his capacity as the chapter 7 trustee for Jacob Cannon, Jr. (the "**Debtor**"). The Court, having considered the Application and noting that proper notice of the Application was given to proper parties, finds as follows:

1. On February 16, 2024, the Debtor filed a voluntary petition in this Court for relief under chapter 7 of the United States Bankruptcy Code. The Trustee was appointed as the chapter 7 trustee, and he continues to serve in that capacity.

2.      On November 3, 2025, this Court entered an *Order Approving Employment of Special Counsel on Contingent Fee Basis* (Dkt. No. 62), which approved the Trustee's employment of Kilgore & Kilgore PLLC (the "**Kilgore Firm**") and The Hartmann Firm on a contingent fee basis (the "**Contingent Fee Terms**").

3.      The Trustee filed the Supplemental Application seeking this Court's approval to employ the law firm of Shellist Lazarz Slobin, LLP, 3710 Rawlins, Suite 1420, Dallas, TX 75219, tel. 214-379-0834 (the "**Shellist Firm**") to substitute in place of the Kilgore Firm on the Contingent Fee Terms.

4.      The Shellist Firm meets the criteria for employment of special counsel on a contingent fee basis and has complied with the requirements of section 327 of the Bankruptcy Code and Bankruptcy Rule 2014.  The Court finds and concludes that the Shellist Firm represent no interest adverse to the estate in the matters upon which it is to be engaged by the Trustee.

5.      The Trustee's proposed employment of the Shellist Firm as special counsel to substitute in place of the Kilgore Firm on the Contingent Fee Terms is appropriate and in the best interest of the Debtor's bankruptcy estate.

6.      Pursuant to section 102(1) of the Bankruptcy Code, the notice and opportunity for a hearing provided in connection with the Application and this Order were appropriate under the circumstances of this case.

IT IS THEREFORE ORDERED that the Supplemental Application is granted.

IT IS FURTHER ORDERED that the Trustee's proposed employment of the Shellist Firm in in place of the Kilgore Firm on the Contingent Fee Terms is hereby approved.

IT IS FURTHER ORDERED that the fees and expenses of the Shellist Firm will be paid only in accordance with further order of this Court.

**ORDER APPROVING EMPLOYMENT**                                                                              **PAGE 2**
10242391.1

###End of Order###

Submitted by:
Kenneth A. Hill
Quilling, Selander, Lownds,
    Winslett & Moser, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas  75201
ATTORNEYS FOR THE TRUSTEE

**ORDER APPROVING EMPLOYMENT**                                                                          **PAGE 3**
10242391.1