Kenneth A. Hill
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JACOB CANNON, JR., | § | CASE NO. 24-40553-elm7 |
| | § | |
| DEBTOR. | § | |

**CERTIFICATE OF NO OBJECTION**

I hereby certify that on August 4, 2026, I filed the *Supplemental Application to Employ Special Counsel on Contingent Fee Basis* (Dkt. No. 68, the "Application"), which contained twenty-one (21) day negative notice language. The deadline to object to the Application was August 25, 2026. As of today's date, no responses or objections to the Application have been filed.

DATED: August 28, 2026.

Respectfully submitted,

**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

By: */s/ Kenneth A. Hill*
Kenneth A. Hill
Texas Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE