CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 29, 2026**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JACOB CANNON, JR., | § | CASE NO. 24-40553-elm7 |
| | § | |
| DEBTOR. | § | |

**ORDER APPROVING SUPPLEMENTAL APPLICATION TO**
**EMPLOY SPECIAL COUNSEL ON CONTINGENT FEE BASIS**

On this date, the Court considered the *Supplemental Application to Employ Special Counsel on Contingent Fee Basis* (Dkt. No. 68, the "**Supplemental Application**") filed by Roddrick B. Newhouse (the "**Trustee**"), in his capacity as the chapter 7 trustee for Jacob Cannon, Jr. (the "**Debtor**"). The Court, having considered the Application and noting that proper notice of the Application was given to proper parties, finds as follows:

1. On February 16, 2024, the Debtor filed a voluntary petition in this Court for relief under chapter 7 of the United States Bankruptcy Code. The Trustee was appointed as the chapter 7 trustee, and he continues to serve in that capacity.

2. On November 3, 2025, this Court entered an *Order Approving Employment of Special Counsel on Contingent Fee Basis* (Dkt. No. 62), which approved the Trustee's employment of Kilgore & Kilgore PLLC (the "**Kilgore Firm**") and The Hartmann Firm on a contingent fee basis (the "**Contingent Fee Terms**").

3. The Trustee filed the Supplemental Application seeking this Court's approval to employ the law firm of Shellist Lazarz Slobin, LLP, 3710 Rawlins, Suite 1420, Dallas, TX 75219, tel. 214-379-0834 (the "**Shellist Firm**") to substitute in place of the Kilgore Firm on the Contingent Fee Terms.

4. The Shellist Firm meets the criteria for employment of special counsel on a contingent fee basis and has complied with the requirements of section 327 of the Bankruptcy Code and Bankruptcy Rule 2014. The Court finds and concludes that the Shellist Firm represent no interest adverse to the estate in the matters upon which it is to be engaged by the Trustee.

5. The Trustee's proposed employment of the Shellist Firm as special counsel to substitute in place of the Kilgore Firm on the Contingent Fee Terms is appropriate and in the best interest of the Debtor's bankruptcy estate.

6. Pursuant to section 102(1) of the Bankruptcy Code, the notice and opportunity for a hearing provided in connection with the Application and this Order were appropriate under the circumstances of this case.

IT IS THEREFORE ORDERED that the Supplemental Application is granted.

IT IS FURTHER ORDERED that the Trustee's proposed employment of the Shellist Firm in in place of the Kilgore Firm on the Contingent Fee Terms is hereby approved.

IT IS FURTHER ORDERED that the fees and expenses of the Shellist Firm will be paid only in accordance with further order of this Court.

###End of Order###

Submitted by:
Kenneth A. Hill
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
ATTORNEYS FOR THE TRUSTEE